UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

NEW YORK YANKEES PARTNERSHIP; and
LEGENDS HOSPITALITY, LLC

     *Petitioner*

        v.

JENNIFER KUTLER
     *Respondent.*

_____

Civil Action No.: CV-26-2237

**NOTICE OF PETITION**

**PLEASE TAKE NOTICE ,** that upon the annexed Petition dated the 18th of March, 2026, and upon the exhibits attached thereto, the New York Yankees Partnership and Legends Hospitality, LLC (together the "Petitioner") will move this Court before the Hon. _____, United States District Judge for the Southern District of New York, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, seeking an order confirming the March 21, 2025 arbitration award by consent granted by arbitrator Lester J. Levy, Esq. and entering judgment with respect thereto pursuant to 9 U.S.C. § 9 of the Federal Arbitration Act.

Dated: Williamsville, New York
      March 18, 2026

                               THE LAW OFFICE OF
                               JOHN P TOUHEY, PLLC

                               */s/:  John P. Touhey_____*
                               John P. Touhey
                               Attorney for Petitioner
                               5700 Main Street
                               Williamsville, New York 14221
                               (716) 427-8770
                               *John.touhey@touheylaw.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

NEW YORK YANKEES PARTNERSHIP; and
LEGENDS HOSPITALITY, LLC

    *Petitioner*

          v.

JENNIFER KUTLER
    *Respondent.*

_____

Civil Action No.: CV-26-2237

**PETITION FOR AN
ORDER CONFIRMING
ARBITRATION AWARD**

## NATURE OF THE ACTION

1.      Pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, Petitioner New York Yankees Partnership and Legends Hospitality, LLC, by and through their attorney, John P. Touhey, Esq., petitions this Court for an Order confirming the Arbitration Award (the "Arbitration Award"), dated March 21, 2025, granted by Arbitrator Lester J. Levy, Esq. (the "Arbitrator"), for money damages in favor of Petitioner and against Respondent.  A copy of the Arbitration Award is attached hereto as Exhibit 'A'.

## PARTIES

2.      Petitioner New York Yankees Partnership is an Ohio limited partnership, with its principal place of business in Bronx, New York.

3.      Petitioner Legends Hospitality, LLC is a Delaware limited liability company, with its principal place of business in New York, New York.

4.      New York Yankees Partnership and Legends Hospitality, LLC may be collectively referred to hereafter as the Petitioner.

5.      Respondent, Jennifer Kutler is an individual residing in Lyndhurst, New Jersey.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this matter pursuant to the Federal Arbitration Act 9 U.S.C. § 9.

7.      Venue is properly laid with the United States District for the Southern District of New York pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 and 28 U.S.C. § 1391.

## BACKGROUND FACTS

8.      Petitioner and Respondent entered into a Legends Suite License Agreement, Legends Suite Ticket Agreement and a Legends Suite Food and Beverage Agreement all dated August 15, 2022 (the "Agreements"), for Yankees season tickets, food benefits and services for four (4) seating locations in the Legends Suite ("Seating Locations") designated as Section 024B, Row 5, Seats 8, 9, 10, and 11 in connection with the 2023 and 2024 New York Yankees regular season home baseball games to be played at the Stadium (the "Tickets") for a term of two (2) License Years, said term to expire at the end of the 2024 calendar year.  The "Agreements" and are attached hereto as Exhibit B and incorporated herein by reference.

9.      Following the execution of the Agreements and payment for License Year 1, Respondent failed to make timely payment for the Second License Year, which was the 2024 season.  The Partnership and Legends have not received any of the annual license fees, ticket fees or food and beverage fees, which total for the Second License Year SIXTY SIX THOUSAND FOUR HUNDRED and 00/100 Dollars ($66,400.00) as agreed upon by Petitioner and Respondent and therefore, Respondent defaulted on the Agreements.

10.      A Demand for Arbitration was filed by the Petitioner on October 9, 2024 and JAMS Reference No.: 5425002869 was assigned on or around November 5, 2024 demanding an award

for annual license fees, ticket fees and food and beverage fees as well as reasonable costs, interest and attorneys' fees due under the Agreements.

11.    In accordance with the arbitration agreement entered into between the parties and as set forth in the Agreements and arbitration rules, Lester J. Levy, Esq. was designated as arbitrator. John P. Touhey, Esq. appeared on behalf of Petitioner.  Jennifer Kutler appeared on behalf of herself.

12.    On March 15, 2025, the parties entered into a Settlement Agreement whereby the Parties agreed and consented that the arbitration shall fully and finally resolve in favor of Petitioner and against Respondent in the sum of SIXTY FIVE THOUSAND and 00/100 DOLLARS ($65,000.00), which amount represents the negotiated settlement amount inclusive of damages for unpaid annual fees for the 2024 License Year as set forth in the Agreements, and all related attorney's fees and costs as well as other consideration and obligations of Respondent.  An Award of Arbitrator was then entered on March 21, 2025.

13.    Since the time of arbitration and upon the delivery of the Arbitration Award, the Respondent has successfully tendered $5,500.00 toward payment of the Award.

## CLAIM FOR RELIEF
### (Confirmation of Arbitration Award)

14.    Petitioner repeats and realleges each allegation contained in paragraphs 1 through 13 above, as if same were fully set forth herein.

15.    Pursuant to 9 U.S.C. § 9, this Petition is timely brought within one year of the delivery of the Arbitration Award to Petitioner.

16.    The Award is by consent and has not been vacated, modified or corrected by any court of competent jurisdiction and is still in full force and effect.

17.    Pursuant to 9 U.S.C. § 9, Petitioner is entitled to a judgment confirming the Arbitration Award.

**WHEREFORE,** Petitioner respectfully requests that this Court grant, 1) an Order confirming the March 21, 2025 Arbitration Award in favor of Petitioner and against Respondent; and 2) an Order entering judgment thereon for the full sum of the Award less payments received from Respondent in the amount of FIFTY NINE THOUSAND FIVE HUNDRED and 00/100 DOLLARS ($59,500.00).

Dated: Williamsville, New York
       March 18, 2026

THE LAW OFFICE OF
JOHN P TOUHEY, PLLC

*/s/:  John P. Touhey*
John P. Touhey
Attorney for Petitioner
5700 Main Street
Williamsville, New York 14221
(716) 427-8770
*John.touhey@touheylaw.com*