EXHIBIT A

**JAMS NEW YORK**

| | |
|---|---|
| NEW YORK YANKEES PARTNERSHIP; and<br>LEGENDS HOSPITALITY, LLC<br>    *Claimants* | )<br>)<br>)<br>) |
| v. | )   **FINAL AWARD OF ARBITRATOR**<br>)<br>)    JAMS Reference No.: 5425002869 |
| JENNIFER KUTLER<br>    *Respondent.* | )<br>)<br>) |

**FINAL AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between New York Yankees Partnership and Legends Hospitality, LLC (collectively, "Claimants") and Jennifer Kutler ("Respondent") (Claimants and Kutler shall be referred to collectively as the "Parties," or singularly as a "Party") and set forth in the Legends Suite Ticket Agreement, Legends Suite License Agreement and Legends Suite Food and Beverage Agreement among the Parties, each dated August 15, 2022, and pursuant to Settlement Agreement entered into between the Parties on March 21, 2025 (the "Settlement Agreement") (unless otherwise defined, all capitalized terms in this AWARD shall have the meaning ascribed to such capitalized term in the Settlement Agreement), and having been duly sworn, and having duly heard the proofs and allegations of the Parties, do hereby, AWARD,

1.     In accordance with the Settlement Agreement which was submitted to Arbitrator Lester J. Levy, Esq. on March 21, 2025, the Parties have agreed and consented that this Arbitration shall, and hereby is, fully and finally resolved in favor of Claimants, as follows:

      a)  Respondent shall pay to Claimants the sum of sixty-five thousand dollars ($65,000.00), which amount represents the negotiated settlement amount inclusive of damages for unpaid annual fees for the 2024 License Year as set forth in the Agreements, and all related attorney's fees and costs.

2.     This is in full and final settlement of all claims submitted to this arbitration. All claims

not expressly granted herein are hereby, denied.

_____3/21/25_____
Date

_____Lester J. Levy_____
Lester J. Levy, Esq.

I, Lester J. Levy, Esq., do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

_____3/21/25_____
Date

_____Lester J. Levy_____
Lester J. Levy, Esq.