UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK YANKEES PARTNERSHIP
and LEGENDS HOSPITALITY, LLC,

                              Petitioners,

                -against-

JENNIFER KUTLER,

                              Respondent.

Case No. 1:26-cv-02237 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

Petitioners New York Yankees Partnership and Legends Hospitality, LLC (together, "Petitioners") commenced this action against Respondent Jennifer Kutler, seeking to confirm an arbitral award pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9. Dkt. 6 ("Pet."). Petitioners assert that "[t]his Court has jurisdiction over this matter pursuant to the Federal Arbitration Act[,] 9 U.S.C. § 9." *Id.* ¶ 6. However, "[t]he FAA does not independently confer subject-matter jurisdiction on the federal courts." *Bakoss v. Certain Underwriters at Lloyds of London Issuing Certificate No. 0510135*, 707 F.3d 140, 142 n.4 (2d Cir. 2013); *see also Badgerow v. Walters*, 596 U.S. 1, 4 (2022) (finding that "federal court must have an 'independent jurisdictional basis'" to grant relief authorized by the FAA (quoting *Hall Street Associates, L.L.C. v. Mattel, Inc.*, 552 U.S. 576, 582 (2008)). Thus, on or before **April 1, 2026**, Petitioners are ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject-matter jurisdiction.

Dated: March 24, 2026
          New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge